SAVANNAH, FLORIDA & WESTERN RAILWAY COMPANY, PLAINTIFF IN ERROR, vs. JOHN W. JUSTICE, DEFENDANT IN ERROR.

Appellate Practice—Writ of Error Made Returnable Contrary to Law is Void.

A writ of error made returnable contrary to law (Section 1270, Revised Statutes,) is void, and does not give to this court jurisdiction of the cause, and such a case will be stricken from the dockets and dismissed.

Writ of error to the Circuit Court for Suwannee county.

The facts in the case are stated in the opinion of the court.

*E. K. Foster* and *B. B. Blackwell*, for Plaintiff in Error.

*F. L. Rees* and *D. F. Grant*, for Defendant in Error.

PER CURIAM:

This cause coming on to be heard upon a rehearing of the former decision of the court therein made on April 12th, 1899, whereby the said cause was dismissed and stricken from the dockets of this court, and it now appearing to the court that the writ of error in said cause was issued on the eleventh day of June, A. D. 1898, two clear days *prior* to the first day of the June term, 1898, of this court, but is made returnable to the first day of the January term, A. D. 1899, contrary to law—§1270, Rev. Stats.—and is, therefore, void, and does not give to this court jurisdiction of said cause, the

said cause is, therefore, stricken from the dockets of this court and dismissed. Browning v. State, 40 Fla. 466, 25 South. Rep. 62; Simmons v. State, 40 Fla. 467, 25 South. Rep. 62; Price v. Broward, 39 Fla. 194, 22 South. Rep. 650; Fleming v. Fleming, 40 Fla. 154, 23 South. Rep. 571.